STATE OF OREGON,
*Respondent,*

*v.*

CLARENCE CHARLES NAGELMAKER,
*Appellant.*

(90-CR-0547; CA A71124)

839 P2d 287

Dan Maloney, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Mary H. Williams, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Conviction affirmed; remanded for reconsideration of restitution. *State v. Wilcher*, 96 Or App 603, 773 P2d 803 (1989).